IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTIMARK CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 2:18-cv-01078-MJH |
| v. | ) Judge Marilyn J. Horan |
| TROY OSBORNE, PHILLIP HAMMETT, MICHAEL CALVIN, AND BLUSKY RESTORATION CONTRACTORS, LLC, | ) *Electronically Filed* |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 28, 2019 Order (Dkt. No. 41), CentiMark Corporation, by its undersigned counsel, and based solely on email communications among the parties, files this Joint Status Report on behalf of the parties:

On February 27, 2019, the Court granted Plaintiff CentiMark an indefinite amount of time to respond to defendant BluSky's motion to dismiss, as the parties indicated to the Court that they continued to work amicably to resolve this matter. (Dkt. No. 41). The Court also ordered the parties to provide a status report within 60 days of its Order. (*Id*.) Since the Court's February 27, 2019 Order, the parties have engaged in discussions, and taken steps toward resolution, including a forensic analysis to identify CentiMark documents that might be on defendant Osborne's BluSky computer, and forensic analysis of defendant Osborne's BluSky computer.

Defendant Calvin has communicated willingness to continue the current efforts toward and agreed-upon resolution, but defendants BluSky, Hammett and Osborne have communicated that they no longer wish to participate in informal discovery. At this point, the case has not been resolved.

Defendants Osborne and Calvin owe responses to plaintiff CentiMark's complaint, and plaintiff CentiMark owes a response to defendant BluSky's motion to dismiss. The parties have not agreed on proposed due dates for documents owed to the Court, but will diligently work to resolve this issue in the upcoming week, more than three weeks before scheduled Initial Case Management Conference on May 29, 2019.

Respectfully submitted,

*/s/ Brian K. Matise*

Brian K. Matise (*admitted pro hac vice*)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
bmatise@burgsimpson.com

*Attorney for Defendant Phillip Hammett and BluSky Restoration Contractors LLC*

*/s/Shelly Pagac*

Shelly Pagac (PA #63327)
Pietragallo Gordon Alfano Bosick
  & Raspanti, LLP
One Oxford Centre
Pittsburgh, PA 15219

*Attorney for Defendant Troy Osborne*

*/s/ Christian A. Angotti*

Robert W. Cameron (PA #69059)
bcameron@littler.com
Terrence H. Murphy (PA #36356)
tmurphy@littler.com
Allison R. Brown (PA #309669)
abrown@littler.com
Christian A. Angotti (PA #322881)
cangotti@littler.com

**LITTLER MENDELSON, P.C.**
625 Liberty Avenue
26th Floor
Pittsburgh, PA  15222
412.201.7635/7678/7623
412.456.2377 fax

*Attorneys for Plaintiff
CentiMark Corporation*

*/s/J. Mark Baird*

J. Mark Baird (*admitted pro hac vice*)
Baird Quinn LLC
The Bushong Mansion
2036 East 17th Avenue
Denver, CO 80206
jmb@bairdquinn.com

*Attorney for Defendant Michael Calvin*

Dated:  April 29, 2019

# CERTIFICATE OF SERVICE

I certify that on this 29th day of April, 2019 a true and correct copy of the foregoing Joint Status Report was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Brian K. Matise, Esquire
> Burg Simpson Eldredge Hersh & Jardine, P.C.
> 40 Inverness Drive East
> Englewood, CO 80112
>
> *Attorney for Defendants BluSky Restoration, LLC and Phillip Hammett*
>
> Shelly Pagac, Esquire
> Pietragallo Gordon Alfano Bosick & Raspanti, LLP
> One Oxford Centre
> Pittsburgh, PA 15219
>
> *Attorney for Defendant Troy Osborne*
>
> J. Mark Baird, Esquire
> Baird Quinn LLC
> The Bushong Mansion
> 2036 East 17th Avenue
> Denver, CO 80206
>
> *Attorney for Defendant Michael Calvin*

By: */s/Christian A. Angotti*

FIRMWIDE:164089547.2 057617.1015