# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTIMARK CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 2:18-cv-01078-MJH |
| v. | ) Judge Marilyn J. Horan |
| TROY OSBORNE, PHILLIP HAMMETT, MICHAEL CALVIN, AND BLUSKY RESTORATION CONTRACTORS, LLC, | ) *Electronically Filed* |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE CLAIMS OF SETTLING DEFENDANTS AND REQUEST TO DROP SETTLING DEFENDANTS PURSUANT TO FED. R. CIV. P. 21 AND 41

Plaintiff CentiMark Corporation and Defendants Phillip Hammett, Michael Calvin, and BluSky Restoration Contractors, LLC (the "Settling Defendants") stipulate to the dismissal with prejudice of Plaintiff's claims against the Settling Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure and request that Settling Defendants be dropped from the above-entitled action pursuant to Rule 21 of the Federal Rules of Civil Procedure. This stipulation does not impact the Plaintiff's claims against non-settling Defendant Troy Osborne in the above-entitled action. Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian K. Matise* | */s/ Terrence H. Murphy* |
| Brian K. Matise (*admitted pro hac vice*) | Robert W. Cameron (PA #69059) |
| **BURG SIMPSON** | bcameron@littler.com |
| **ELDREDGE HERSH & JARDINE, P.C.** | Terrence H. Murphy (PA #36356) |
| 40 Inverness Drive East | tmurphy@littler.com |
| Englewood, CO 80112 | Allison R. Brown (PA #309669) |
| (303) 792-5595 | abrown@littler.com |
| bmatise@burgsimpson.com | Christian A. Angotti (PA #322881) |
| | cangotti@littler.com |

*Attorney for Defendant Phillip Hammett and BluSky Restoration Contractors LLC*

**LITTLER MENDELSON, P.C.**
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
412.201.7635/7678/7623
412.456.2377 fax

*/s/ J. Mark Baird*

J. Mark Baird (*admitted pro hac vice*)
**Baird Quinn LLC**
The Bushong Mansion
2036 East 17th Avenue
Denver, CO 80206
jmb@bairdquinn.com

*Attorneys for Plaintiff
CentiMark Corporation*

*Attorney for Defendant Michael Calvin*

Dated: September 5, 2019